In re **Marisol Sanchez**  Case No. **15-13118**
(if known)

*AMENDED 7/22/2015*
# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Residence<br>20004 Wallingford Ave N<br>Shoreline, WA 98133<br><br>(Potential issue regarding ownership interest in residence based on errors in Quit Claim deed to add Debtor onto Residence -King County Recorder's Office Instrument# 20090921000548 - attached here)<br><br>(ex husband Pedro Enrique Chicas Iraheta is 1/2 owner of the house)<br><br>FMV of house is $378,764.00 (Zillow)<br>8% costs of sale<br>=$348,462.90<br><br>Debtor's ownership interest in house = $174,231.40<br><br>Should the court find that the Debtor's Ex husband does not have a 1/2 ownership in the property and that the Debtor is the sole owner, she claims that full FMV of the house at $378,764.00 is her ownership interest.<br><br>Since the issue is in dispute, the Debtor has listed her interest in the property value as Unknown | Fee Simple | - | Unknown | $161,111.00 |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)



```
20090921000548
MARISOL SANCHE QCD        62.00
PAGE-001 OF 001
09/21/2009 10:35
KING COUNTY, WA

E2406862
09/21/2009 10:35
KING COUNTY, WA
TAX            $10.00
SALE           $0.00       PAGE-001 OF 001
```

WHEN RECORDED RETURN TO:

NAME _Marisol Sanchez_
ADDRESS _20004 Wallingford AV. N._
CITY, STATE, ZIP _Shoreline WA 98133_

### QUIT CLAIM DEED

THE GRANTOR(S) _Pedro Enrique Iracheta_ for and in consideration of: _to separate community property_ conveys and quit claims to the GRANTEE(S), _Marisol Sanchez_ the following described real estate, situated in the County of _King_ State of Washington, together with all after acquired title of the Grantor(s) therein (legal description):

Tax Parcel Number: _1078100020_

_Lot 4 Briar Lane Division 7, according to the plat thereof recorded in volume 51 of plats, page 24, in King County, Washington; Except that portion conveyed to King County for road purposes recorded under recording number 8210290866._

DATED _9/21/09_                    DATED _9/21/09_

_[signature]_                      _____
Grantor                            Grantor

State of Washington   }
                      } ss
County of _King_      }

On this day personally appeared before me _Pedro Enrique Iracheta_ and _____, Grantor(s), to me known to be the individual(s) described in and who executed the foregoing instrument, and acknowledged that s(he) signed the same as his/her free and voluntary act and deed for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this _21st_ day of _Sept_, 20_09_

_Tiffany Rochelle Frank_
NOTARY PUBLIC in and for the State of Washington,
Residing at _King County_
My commission expires _3-4-2012_

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Marisol Sanchez**      Case No. **15-13118**
    (if known)

*AMENDED 7/22/2015*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES
### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **3**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **7/22/2015**      Signature **/s/ Marisol Sanchez**
    *Marisol Sanchez*

Date _____ Signature _____

[If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.