**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

Marisol Sanchez,

Debtor.

Case No. 15-13118-CMA

Chapter: 7

ORDER ON MOTION TO BRING THE CHAPTER 7 TRUSTEE'S OBJECTION TO EXEMPTION BEFORE THE COURT

THIS MATTER having come before the Court upon the Motion to Bring the Chapter 7 Trustee's Objection to Exemption Before the Court ("Motion") and the Court having reviewed the Motion, and having reviewed the files and records herein, deeming itself advised in the matter, it is now therefore

ORDERED, ADJUDGED and DECREED as follows:

1. Chapter 7 Trustee's objection to Debtor's exemptions filed on July 17, 2015 as Docket# 17 is denied.

2. The Debtor's homestead exemption under 11 Wash. Rev. Code. § 6.13.030 in the full amount of one hundred twenty-five thousand dollars in the debtor's residence located at 20004 Wallingford Ave N, Shoreline, WA 98133 is allowed as filed in Docket# 1.

// END OF ORDER //

ORDER RE MOTION TO BRING CHAPTER 7 TRUSTEE'S
OBJECTION TO EXEMPTION BEFORE THE COURT - 1

HENRY, DEGRAAFF & MCCORMICK, P.S.
1833 N 105TH ST, SUITE 200
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

Case 15-13118-CMA    Doc 28    Filed 12/15/15    Ent. 12/15/15 14:31:50    Pg. 1 of 2

Presented by:

HENRY, DEGRAAFF & MCCORMICK, P.S

*/s/ Christina L. Henry*
Christina L. Henry, WSBA# 31273

ORDER RE MOTION TO BRING CHAPTER 7 TRUSTEE'S
OBJECTION TO EXEMPTION BEFORE THE COURT - 2

**HENRY, DEGRAAFF & MCCORMICK, P.S.**
1833 N 105TH ST, SUITE 200
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609