Below is the Order of the Court.

_____
Christopher M. Alston
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

_____

Honorable Christopher M. Alston
Chapter 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON SEATTLE

| In RE: | Chapter 7 |
|---|---|
| MARISOL SANCHEZ, | No. 15-13118-CMA |
| Debtor. | **ORDER APPROVING FINAL REPORT AND APPLICATIONS FOR ADMINISTRATIVE EXPENSES** |

This matter having come on for hearing, upon Notice of Final Report and Applications for Compensation, it is hereby ordered that:

1. The Final Report and distributions proposed therein are approved;

2. Reasonable compensation for actual and necessary services rendered and reimbursement for actual and necessary expenses incurred are hereby awarded and allowed as follows:

CHAPTER 7 ADMINISTRATIVE CLAIMS
Dividend: 100.00%

| Name Of Entity | Type Of Claim | Amount Requested | Amount Paid | Authorized Disbursement |
|---|---|---:|---:|---:|
| Edmund Wood | Trustee Compensation | $16,350.00 | $0.00 | $16,350.00 |
| Edmund Wood | Trustee Expenses | $58.40 | $0.00 | $58.40 |
| David A. Gebben | Attorney Fees | $29,529.50 | $0.00 | $29,529.50 |
| David A. Gebben | Attorney Expenses | $187.00 | $0.00 | $187.00 |

ORDER APPROVING TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

Wood & Jones, P.S.
303 N. 67th Street
Seattle WA 98103-5209
(206) 623-4382

Page 1

Case 15-13118-CMA    Doc 62    Filed 08/29/17    Ent. 08/29/17 13:58:02    Pg. 1 of 2

| | | | | |
|---|---|---:|---:|---:|
| Quackenbush Hansen & Cogar, CPAS, PLLC | Accountant Fees | $749.25 | $0.00 | $749.25 |
| Quackenbush Hansen & Cogar, CPAS, PLLC | Accountant Expenses | $7.42 | $0.00 | $7.42 |
| | **Subtotal this Category** | **$46,881.57** | **$0.00** | **$46,881.57** |

Unsecured Creditor - Dividend: 32.01%

| Claim No. | Name Of Creditor | Amount Requested | Amount Paid | Authorized Disbursement |
|---:|---|---:|---:|---:|
| 1 | Discover Bank | $11,620.85 | $0.00 | $3,720.24 |
| 2 | PYOD, LLC | $9,880.27 | $0.00 | $3,163.03 |
| 3 | Jeffrey B. Janison DDS | $689.30 | $0.00 | $220.67 |
| 4 | Pedro Enrique Iraheta | $35,000.00 | $0.00 | $11,204.76 |
| 5 | BECU | $50.00 | $0.00 | $16.01 |
| 6 | BECU | $7,995.00 | $0.00 | $2,559.49 |
| 7 | BECU | $5,266.82 | $0.00 | $1,686.10 |
| 8 | Capital Recovery V, LLC | $4,269.47 | $0.00 | $1,366.81 |
| 9 | Capital Recovery V, LLC | $2,667.16 | $0.00 | $853.85 |
| | **Subtotal this Category** | **$77,438.87** | **$0.00** | **$24,790.96** |

**Total:** $71,672.53

It is further

ORDERED that there are insufficient funds in the estate to pay any other claims against the estate. It is further

ORDERED that upon receipt of the Trustee's bank statement showing that all disbursements have been made, this case shall be closed, and the Trustee and the surety bond shall be discharged.

// End of Order //

Presented By:

*/s/ Edmund Wood*

Edmund Wood, WSBA# 03695

Chapter 7 Trustee

ORDER APPROVING TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103-5209
(206) 623-4382

Page 2